**THE MALONEY FIRM, APC**
PATRICK M. MALONEY - **State Bar No. 197844**
pmaloney@maloneyfirm.com
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (310) 540-1507

Attorneys for Plaintiff
STATE OF THE ART CONSTRUCTION, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF THE ART CONSTRUCTION, INC., a Virginia Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER SPENCER, an individual; CHRISTOPHER GLENN HAYMAN, an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | **Case No.: 2:17-CV-2411**<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>**1. UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT (15 U.S.C. §§ 1114, 1125);**<br><br>**2. CYBERPIRACY UNDER THE LANHAM ACT (15 U.S.C. § 1125(d));**<br><br>**DEMAND FOR JURY TRIAL** |

For its complaint, Plaintiff State of the Art Construction, Inc. ("State of the Art") alleges as follows:

**INTRODUCTION**

1. State of the Art is the exclusive owner of the "DURATURF" trademark, which it has registered with the United States Patent and Trademark Office. The USPTO registered the DURATURF mark on December 10, 2013, under Registration Number 4447684.

2. State of the Art is doing and has done business under the



THE MALONEY FIRM

DURATURF name, and it derives substantial revenue from the use of that trade name.

3. State of the Art maintained a website under the url "duraturfusa.com."

4. On or about March 27, 2017, Defendants Jennifer Spencer and Christopher Hayman changed the content of the website appearing at the duraturfusa.com url to reflect the name "Earth Design", which is the name of Hayman's company, and to list Hayman's telephone number and email address as the points of contact for the "Duraturf" business.

## PARTIES, JURISDICTION AND VENUE

5. State of the Art is a Virginia corporation, maintaining its principal place of business in Los Angeles, California. State of the Art is duly qualified to do business in the State of California.

6. Defendant Christopher Glenn Hayman is an individual residing in the County of Los Angeles, State of California. Hayman operates a business under the name Earth Design Landscape ("Earth Design").

7. Defendant Jennifer Spencer is an individual residing in the County of Los Angeles, State of California. Spencer is Hayman's wife, and she has access to the duraturfusa.com website due to having previously provided web design services to State of the Art.

8. The true names and capacities, whether individual, corporate, associate, or otherwise of Defendants DOES 1 through 10, inclusive, ("Does") are unknown to State of the Art, and therefore State of the Art sues these Does by such fictitious names. State of the Art is informed and believes and thereon alleges that each of said fictitiously named Does is in some manner responsible for the events and occurrences herein, and was an actual, proximate, and substantial cause of the injuries to State of the Art, as herein alleged. State of the Art will seek leave to amend this complaint to allege their true names and capacities when

THE MALONEY FIRM

they have been ascertained.

9. This Court has subject matter jurisdiction over State of the Art's Lanham Act claims under 15 U.S.C. § 1121 and under 28 U.S.C. § 1331 because they arise under federal law.

10. This Court has personal jurisdiction over Defendants Spencer and Hayman, because each resides in Los Angeles.

11. Venue is proper under 28 U.S.C. § 1391 because Defendants Spencer and Hayman are each subject to personal jurisdiction in this district under California law and, therefore, "resides" in the Central District of California according to federal law.

**COUNT ONE**

**UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT**

**(15 U.S.C. §§ 1114, 1125)**

**(Against All Defendants)**

12. State of the Art incorporates by reference all preceding allegations in this complaint as if fully rewritten herein.

13. The DURATURF mark is valid and legally enforceable.

14. State of the Art owns the DURATURF mark.

15. The DURATURF Mark is inherently distinct.

16. Through years of usage, the DURATURF mark has acquired distinctiveness in the marketplace, such that those in the relevant channels of distribution readily associate the DURATURF mark with State of the Art and its goods and services.

17. On or about March 28, 2017, Defendants, and each of them, have infringed upon the DURATURF mark by changing the content of the website maintained at duraturfusa.com. In particular, Defendants removed from the

THE MALONEY FIRM
2381 E. Rosecrans Avenue, Suite 405
El Segundo, California 90245
(310) 540-1505

website contact information that would direct potential customers to State of the Art and added the contact information for Earth Design, including Hayman's email address and telephone number.

18. By using the DURATURF mark to sell, offer to sell, and promote goods and services that do not originate from State of the Art, Defendants have caused, and are likely to continue to cause, confusion in the minds of purchasers concerning the origin, source, sponsorship, approval, and association of Defendants' goods and services and the non-State of the Art goods and services offered by Defendants.

19. Defendants' actions are trademark infringement under 15 U.S.C. §§ 1114 and 1125.

20. Defendants' actions are unfair competition under 15 U.S.C. § 1125.

21. Upon information and belief, Defendants have willfully infringed the DURATURF mark and have willfully engaged in unfair competition.

22. Defendants' trademark infringement and unfair competition have damaged State of the Art and caused it irreparable harm, which will continue unless Defendants' unlawful conduct is enjoined by this Court.

**COUNT TWO**

**CYBERPIRACY UNDER THE LANHAM ACT**

**(15 U.S.C. § 1125(d))**

**(Against All Defendants)**

23. State of the Art incorporates by reference all allegations in all preceding paragraphs of this complaint as if fully rewritten herein.

24. Defendants have registered and claim to own the rights to the following domain names, the Infringing Domains, which are confusingly similar to the DURATURF mark:

a. DuraTurfUSA.com

b. DuraTurfCA.com

THE MALONEY FIRM
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
(310) 540-1505

c. DuraTurfCalifornia.com

d. DuraTurfLA.com

e. Dura-fill.com

25. The infringing duraturfusa.com web address that Defendants have unlawfully conscripted and are presently using is confusingly similar to the DURATURF mark.

26. Defendants have conscripted the duraturfusa.com web address and are using the web address as an active website with content that sends users to Defendants, by providing the Defendants' email addresses and telephone numbers. Defendants have modified the website in a bad faith intent to profit from the DURATURF mark.

27. As a direct and proximate result of Defendant's unlawful registration and use of the Infringing Domains, State of the Art has been damaged in an amount to be determined at trial.

28. As a direct and proximate result of Defendants' unlawful registration and use of the duraturfusa.com web address and the Infringing Domains, State of the Art has suffered, and will continue to suffer, irreparable harm. Such harm will continue unless enjoined by the Court.

THE MALONEY FIRM

## PRAYER FOR RELIEF

WHEREFORE, State of the Art prays for judgment against Defendants as follows:

A. Compensatory damages in an amount to be determined at trial;

B. Statutory damages in an amount to be determined at trial;

C. An accounting and disgorgement of Defendants' ill-gotten profits.

D. Punitive damages.

E. Attorneys' fees.

F. Pre-judgment and post-judgment interest.

G. Costs of the action.

H. Preliminary and permanent injunctive relief, barring Defendants and others from: (i) using the DURATURF Mark or anything confusingly similar to them in any domain name, as a business name, or in any other manner that is likely to cause consumer confusion; and (ii) committing any of the other wrongful acts cited in this complaint.

I. An order forfeiting or cancelling each of the Infringing Domains and transferring them to State of the Art.

J. Such other and further relief as allowed at law or in equity that the Court deems to be appropriate and to which State of the Art is entitled.

Dated: March 28, 2017

**THE MALONEY FIRM, APC**

By: /s/ Patrick M. Maloney
PATRICK M. MALONEY
Attorneys for Plaintiff
STATE OF THE ART CONSTRUCTION, INC.

THE MALONEY FIRM
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
(310) 540-1505

## DEMAND FOR JURY TRIAL

State of the Art requests a trial by jury.

Dated: March 28, 2017

**THE MALONEY FIRM, APC**

By: /s/ Patrick M. Maloney
PATRICK M. MALONEY
Attorneys for Plaintiff
STATE OF THE ART CONSTRUCTION, INC.

THE MALONEY FIRM, APC
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
(310) 540-1505